# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2008

136279 & (17)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MICHAEL CLARKE MORGAN, a/k/a
MICHAEL CLARK MORGAN,
        Defendant-Appellant.

SC: 136279
COA: 280871
Livingston CC: 06-015883-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 3, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would remand this case for a hearing pursuant to *People v Ginther*, 390 Mich 436 (1973).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2008

_____
Clerk

p0716